```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division                    O
    ANTOINE F. RAPHAEL
 4  Assistant United States Attorney
    Chief, Riverside Branch Office
 5  ABIGAIL W. EVANS (SBN 249629)
    Assistant United States Attorney
 6     3403 10th Street, Suite 200
       Riverside, California  92501
 7     Telephone:  (951) 276-6086
       Facsimile:  (951) 276-6202
 8     E-Mail:     Abigail.W.Evans@usdoj.gov

 9  Attorneys for Complainant
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF | NO. ED 12-333M |
| EDWARD ALLEN HUGHES, | ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION |
| A Fugitive from the Government of the Republic of Mexico. | |

Upon consideration of the request of the United States for the detention of fugitive EDWARD ALLEN HUGHES ("HUGHES") pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

1.  In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail.  United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984).  The burden of showing special

1  circumstances rests upon the fugitive.  See, e.g., Salerno, 878
2  F.2d at 317-18.  Here, HUGHES does not argue that "special
3  circumstances" exist, and the Court finds that no such "special
4  circumstances" exist.
5      2.    The government alternatively requests detention on
6  the grounds that HUGHES presents an unacceptable risk of (a)
7  flight; and (b) danger to the community, even if such special
8  circumstances were present.  In support of its request, the
9  government proffers the sworn extradition complaint, the
10 provisional arrest warrant, and the confidential Pretrial
11 Services report.  Because the Court finds that no special
12 circumstances exist, it does not reach the issues of flight risk
13 or danger.
14     IT IS SO ORDERED.

16 DATED: October 10, 2012            /s/
                                      HONORABLE SHERI PYM
17                                    United States Magistrate Judge

19 Presented by:

21 _____
   ABIGAIL W. EVANS
22 Assistant United States Attorney

- 2 -